# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CURTIS B. LINDSEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:17-cv-02045-KOB-SGC |
| WARDEN ESTES, et al., | ) |
| Defendants. | ) |

## ORDER

On November 20, 2018, the magistrate judge entered a report recommending all claims in this action be dismissed without prejudice for failing to state a claim upon which relief can be granted EXCEPT the individual capacity retaliation claims against Sergeant William McLemore for denial of meals in January 2018. *See* 28 U.S.C. § 1915A(b)(1); (Doc. 12). The report further recommended the plaintiff's surviving claims be referred back to the magistrate judge for additional proceedings. Although the report advised the plaintiff of his right to file specific written objections within fourteen calendar days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED**, and the recommendation is **ACCEPTED**. The court **ORDERS** that all claims in this action, except the plaintiff's retaliation claims against McLemore in his

individual capacity based on denial of meals in January 2018, are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1). The court further **ORDERS** that the plaintiff's retaliation claims against defendant McLemore are **REFERRED** to the magistrate judge for further proceedings.

The court DIRECTS the Clerk of Court to provide a copy of this Order to the plaintiff.

DONE and ORDERED this 8th day of January, 2019.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE