FILED
2020 Mar-17 AM 11:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CURTIS B. LINDSEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:17-cv-02045-KOB-SGC |
| WILLIE McLEMORE, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 13, 2020, recommending the defendant's motion for summary judgment be granted. (Doc. 30). Although the report advised the parties of their right to file objections within fourteen calendar days, neither party has objected.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. The court finds no genuine issues of material fact and the defendant is entitled to judgment as a matter of law. Accordingly, the defendant's motion for summary judgment is due to be granted.

The court will enter a separate Final Judgment.

DONE and ORDERED this 17th day of March, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE